UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GAZAVE,<br>　　　　Plaintiff,<br>　　v.<br>MARK STEVENSON, et al.,<br>　　　　Defendants. | Case No. 19-cv-08443-NC<br><br>**ORDER OF REFERRAL** |

Pro se plaintiff Michelle Gazave has filed a new complaint alleging that the defendants are involved in "many crimes including child sex trafficking." Dkt. No. 1 at 5. In particular, Gazave alleges that Defendants, which includes the District Attorney's Office, the Social Security Agency, and the San Jose Police Department forced her to give up her daughter to David Gazave. *See id.* at 6–11.

Local Rule 3-12(c) provides that "[w]henever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the lowest-numbered case with a request that the Judge assigned to the lowest numbered case consider whether the cases are related." This case appears related to an earlier case, *Gazave v. Persky et al.*, Case No. 19-cv-02420-LHK, in which Gazave alleged that the defendants "conspired to kidnap [her] child." *Gazave*, Case No. 19-cv-02420-LHK, Dkt. No. 1 at 6. Although Gazave applies different legal labels to her claims, the

underlying allegations of fact are the same. Likewise, the Defendants named in this case are largely the same as the defendants in Case No. 19-cv-02420-LHK.

Therefore, the undersigned REFERS this action to the Honorable Lucy H. Koh for a determination of whether this action is related to Case No. 19-cv-02420-LHK.

**IT IS SO ORDERED.**

Dated: January 2, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge